# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

O

| Case No. | CR05-284(B)-CAS | Date | November 30, 2007 |
|---|---|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE |
|---|---|

| Interpreter | n/a |
|---|---|

| Catherine M. Jeang | Miriam Baird | Richard Robinson<br>Ranee Katzenstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| LINDA LEE CHAMBERLAIN | X | | X | INGRID EAGLY, DFPD<br>GUY IVERSON, DFPD | X<br>X | X<br>X | |

**Proceedings:** DAUBERT HEARING RE EXPERT WITNESSES

Hearing held and counsel are present.  Witnesses, Dr. Carole Morgan and Paula Jean Abate, are called, sworn, and testify.  Exhibits identified.  Counsel argue.  The Court finds Dr. Carole Morgan and Ms. Paula Jean Abate are qualified to testify as expert witnesses in the upcoming trial.  The Court further confers with counsel regarding the upcoming Status Conference.  The December 3, 2007 Status Conference is hereby VACATED.  If a Status Conference is needed prior to the upcoming December 18, 2007 trial, counsel shall contact the Courtroom Deputy Clerk.

|  |  | 01 | : | 20 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | | CMJ | |

cc: Counsel
    Pretrial Services